tion by Theodore F. Tompkins against Howard P. Barnes. No opinion. Judgment and order of the County Court of Westchester county unanimously affirmed on reargument with costs. See, also, supra.

**TOWN OF OYSTER BAY, Respondent, v. STEHLI, Appellant.** (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by the Town of Oyster Bay against Emil J. Stehli. No opinion. Motion for stay granted, on condition that defendant perfect his appeal and bring the same on for argument on the 22d of January; otherwise, motion denied, with costs.

**TOWN OF WHITESTOWN v. TITLE GUARANTY & SURETY CO.** (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by the Town of Whitestown against the Title Guaranty & Surety Company.
PER CURIAM. Judgment affirmed, with costs, upon the opinion of Andrews, J., delivered at Special Term, reported at 72 Misc. Rep. 498, 131 N. Y. Supp. 390.
McLENNAN, P. J., dissents, and votes for reversal, and ROBSON, J., dissents, and votes for a modification of the judgment.

**TRIMBEY, Appellant, v. CENTRAL NEW YORK TELEPHONE & TELEGRAPH CO.,** Respondent. (Supreme Court, Appellate Division, Fourth Department. January 10, 1911.) Action by Fred C. Trimbey against the Central New York Telephone & Telegraph Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 131 N. Y. Supp. 1147.

**TURNBULL, Overseer of Poor, Respondent, v. GARDNER, Appellant.** (Supreme Court, Appellate Division, Third Department. January 12, 1912.) Action by Richard Turnbull, as Overseer of the Poor of the Town of New Lisbon, N. Y., against C. Arthur Gardner. No opinion. Judgment unanimously affirmed, with costs. See, also, 145 App. Div. 902, 129 N. Y. Supp. 1149; 131 N. Y. Supp. 1147.

**UNION WAXED PAPER CO. v. GARDNER.** (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by the Union Waxed Paper Company against Frank J. Gardner. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

**UNION WAX & PAPER CO., Respondent, v. GARDNER, Appellant.** (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by the Union Wax & Paper Company against Frank J. Gardner. J. Deyo, for appellant. L. L. Gilbert, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

**In re VAN WOERT'S WILL.** (Supreme Court, Appellate Division, Third Department. January 4, 1912.) In the matter of the application for probate of a paper purporting to be the last will and testament of Gertrude Ann Van Woert, deceased.
PER CURIAM. Decision amended, by striking therefrom the words "upon questions of fact," and inserting in place thereof "on the ground that the uncontradicted evidence shows that by the mutilation the testatrix did not intend to revoke the entire will." See, also, 131 N. Y. Supp. 748.
SMITH, P. J., and BETTS, J., vote for a further modification to require a submission of the question to a jury, being of the opinion that, notwithstanding the evidence is uncontradicted, there is still a question of fact as to the intention of the testatrix in mutilating the will, which should be determined by a jury.

**VELLA et al., Respondents, v. STERLING SALT CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by Guiseppe Vella and another, as administrators, against the Sterling Salt Company. No opinion. Judgment and order affirmed, with costs.

**VOGEL, Appellant, v. STRATTON MFG. CO., Respondent.** (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Joseph Vogel against the Stratton Manufacturing Company. No opinion. Order of the Municipal Court affirmed, with costs. See, also, 131 N. Y. Supp. 1148.

**VOORHEES et al., Respondents, v. UNGER et al., Appellants.** (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by John H. Voorhees and others against Harry Unger and others.
PER CURIAM. Order reversed, and case and exceptions directed to be amended, so as to show definitely the rulings of the court as to the evidence brought in under respondent's amendments, so far as they are involved in the motion, without costs. Settle order before Mr. Justice Thomas. See, also, 131 N. Y. Supp. 1149.

**WATERMAN v. WATERMAN.** (Supreme Court, Appellate Division, Third Department. January 12, 1912.) Action by Grace E. Waterman against Theodore H. Waterman. No opinion. Motion denied. See, also, 131 N. Y. Supp. 741.

**WATSON WAGON CO., Appellant, v. BOARD OF WATER COM'RS OF VILLAGE OF CANISTOTA et al., Respondents.** (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by the Watson Wagon Company against the Board of Water Commissioners of the Village of Canistota and others. No opinion. Judgment unanimously affirmed, without costs.